UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PAUL DENNIS WARNERT,                               CIVIL NO. 14-256 (WMW/JSM)

    Plaintiff,

v.                                                 REPORT AND RECOMMENDATION

SCOTT COUNTY
SHERIFF'S DEPARTMENT,
DENNIS VYSKOCIL,
KEVIN STUDNICKA,
SCOTT COUNTY
ATTORNEY'S OFFICE,
MICHAEL J. GROH and
STEVEN T. GRIMSHAW,

    Defendants.

A Complaint was filed in the above matter on January 27, 2014 [Docket No. 1]. When no answer was filed on behalf of defendants or other appearance made within the time required by the rules, the Court issued an Order on March 17, 2016, which by its terms required plaintiff to take certain action. To date, plaintiff has not complied with the terms of that Order.

## RECOMMENDATION

Based upon the foregoing, IT IS RECOMMENDED that the Court issue an Order dismissing this case against all defendants for lack of prosecution.

Dated: April 14, 2016

                                         *Janie S. Mayeron*
                                         JANIE S. MAYERON
                                         United States Magistrate Judge

Under D. Minn. LR 72.2(b), any party may object to this Report and Recommendation by filing with the Clerk of Court, and serving all parties by **April 28, 2016**, a writing which specifically identifies those portions of this Report to which objections are made and the basis of those objections. Failure to comply with this procedure may operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals. A party may respond to the objecting party's brief within fourteen days after service thereof. All briefs filed under this Rule shall be limited to 3500 words. A judge shall make a de novo determination of those portions to which objection is made. This Report and Recommendation does not constitute an order or judgment of the District Court, and it is therefore not appealable to the Court of Appeals.